## Chilton, et al. v. Bell County Coke & Improvement Company, et al.

(Decided October 7, 1913).

### Appeal from Bell Circuit Court.

Vendor and Purchaser—Interest.—The vendor of land under the facts of this case is not liable for interest on payments made to him before the deed was made, he not being allowed interest on the purchase money. (For original opinion see 153 Ky., 775.)

J. W. ALCORN, METCALFF & JEFFRIES for appellants.

LOGAN, MANNING & BABBAGE for appellees.

RESPONSE TO PETITION FOR REHEARING PER CURIAM.

The petition filed by appellant for a rehearing is overruled. In response to the petition by appellee for an extension of the opinion, Boring's estate should not be charged with interest on any sum shown to have been received by him before the deed was made. The balance then due him is to be determined from all the evidence that may be heard and on a return of the case both parties may take further proof to show the value of what the Borings received in money, rents or otherwise, and when.